Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-222 |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| SAEED VIARD, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information against the defendant, SAEED VIARD.

DATED this _16th_ day of February, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this _20th_ day of February, 2018.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/SAEED VIARD
CR15-222